FILED
2020 Jul-16 PM 12:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE MOODY, JR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO: 2:20-cv-00787** |
| ) | |
| **SAMFORD PARTNERS II,** ) | |
| **LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

COMES NOW the plaintiff, Willie Moody, Jr. ("Plaintiff"), and the defendant, Samford Partners II, LLC, an Alabama limited liability company ("Defendant"), and state as follows:

1. Plaintiff filed the Complaint on June 4, 2020 [Docket No. 1] initiating the above-styled action against Defendant.

2. Plaintiff and Defendant have been in settlement discussions and have entered into a Stipulation for Settlement (the "Settlement").

3. The Settlement provides, among other things, that the parties agree to the Court's entry of the Consent Decree attached hereto as **Exhibit 1** and the dismissal of the above-styled action with prejudice.

4.     The parties jointly request that the Court retain jurisdiction over this matter for the purposes of handling any motions or other matters relating to the enforcement of the Settlement and Consent Decree.

WHEREFORE, the parties respectfully request that the Court enter the proposed Consent Decree attached hereto as **Exhibit 1** and retain jurisdiction over this matter for the purposes set forth therein.

Respectfully submitted this the 16th day of July, 2020.

/s/ Amanda H. Schafner
Amanda H. Schafner
The Schafner Law Group, LLC
PO Box 841
Birmingham, Alabama 35201
Telephone: (256) 490-3004
Ahschafner.law@gmail.com
*Attorney for Plaintiff Willie Moody, Jr.*

/s/ T. Parker Griffin, Jr.                 *
T. Parker Griffin, Jr.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8524
pgriffin@babc.com
*Attorney for Defendant Samford Partners II, LLC*

*\*Signature added by consent after review and approval.*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record, including the following:

  T. Parker Griffin, Jr.
  Bradley Arant Boult Cummings LLP
  1819 Fifth Avenue North
  Birmingham, Alabama 35203
  Telephone: (205) 521-8524
  pgriffin@babc.com

        /s/ Amanda Schafner
        Amanda Schafner