# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE MOODY, JR.,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SAMFORD PARTNERS II, LLC,** )<br>)<br>    **Defendant.** )<br>) | **CIVIL ACTION NO: 2:20-cv-00787** |

## CONSENT DECREE

This matter comes before the court on the Complaint filed by Plaintiff Willie Moody, Jr. against Defendant Samford Partners II, LLC (Doc. 1), and the Joint Motion for Entry of Consent Decree (the "Joint Motion") filed by the parties on July 17, 2020. (Doc. 8.)

Based upon the request of the parties, and for good cause shown, the court hereby **ORDERS** as follows:

1. Pursuant to the parties' Settlement (as defined in the Joint Motion), Defendant shall make the following modifications and alterations (referred to herein, collective, as the "Modifications and Alterations") to the property located at 48/60/64/66/68/70/72/74 Green Springs Highway, Homewood, Alabama 35209, which property is a retail shopping center commonly known as Red Mountain Plaza Shopping Center (the "Shopping Center")

   **A.  PARKING AND INITIAL ACCESS (NORTH LOT)** – There are currently four parking spaces directly in front of the suite currently occupied by O'Reilly Auto Parts which are marked as accessible. These four spaces and their access aisles will be decommissioned as accessible parking to become non-accessible parking and re-painted accordingly. Three new accessible spaces will be added at

the far north end of the Shopping Center along the outside of the suite currently occupied by O'Reilly Auto Parts (the "North New Accessible Parking Spaces"), one of which will be a van accessible parking space. The North New Accessible Parking Spaces will be restriped for accessibility, including pavement marking with the International Symbol of Accessibility ("ISA"). Vertical signs compliant with Section 502.6 [Identification] of the ADA Standards will be wall-mounted for the North New Accessible Parking Spaces, and all three spaces will have wheel-stops installed. In providing an accessible route from the North New Accessible Parking Spaces to the Shopping Center's sidewalk, a new curb ramp compliant with Section 406 [Curb Ramps] of the ADA Standards will be cut into the existing sidewalk at the far north end of the Shopping Center's sidewalk in front of the suite currently occupied by O'Reilly Auto Parts. The existing curb ramp in the Fire Lane at the suite currently occupied by O'Reilly's Auto Parts will be removed and the hole patched.

B. **PARKING AND INITIAL ACCESS (SOUTH LOT)** – Two new accessible spaces will be added on the far south end of the Shopping Center directly in front of the suite currently occupied by Jackson-Hewitt Tax Service (the "South New Accessible Parking Spaces"), one of which will be a van accessible parking space. The South New Accessible Parking Spaces will be restriped for accessibility, including ISA pavement marking. Leveling/reducing the slope of the South New Accessible Parking Spaces (which does not comply with the technical requirements of the ADA Standards) is a barrier the removal of which is not readily achievable, and thus the existing slope of these spaces will remain as is.

Vertical signs compliant with Section 502.6 [Identification] of the ADA Standards will be mounted on posts for the South New Accessible Parking Spaces. In providing an accessible route from the South New Accessible Parking Spaces to the Shopping Center's sidewalk, a new curb ramp compliant with Section 406 [Curb Ramps] of the ADA Standards will be cut into the existing sidewalk at the far south end of the Shopping Center's sidewalk in front of the suite currently occupied by Jackson-Hewitt Tax Service.

C. **PARKING AND INITIAL ACCESS (CERTAIN EXISTING SPACES TO REMAIN)** – There are two other spaces currently marked as accessible that are located more centrally at the Shopping Center, one in front of the suite currently occupied by Sneaky Pete's and the other in front of the suite currently occupied by Nail Salon.  While neither of these parking spaces comply with the technical requirements of the ADA Standards, they do serve to reserve accessible parking that provides closer and more direct access to the tenants at those respective locations.  These two spaces will remain marked as accessible and be repainted to preserve their service to patrons needing the shorter distance to the intermediate tenants.

D. **HANDRAILS** – Because the slopes of the five existing concrete ramps between the suites at the Shopping Center create a barrier the removal of which is not readily achievable, and because there is insufficient width of the sidewalk to provide two parallel handrails along each ramp run without obstructing access to the tenant spaces, a center handrail complying with Sections 405.8 and 505

[Handrails] of the ADA Standards will be added along the ramp of the Shopping Center to improve access to the series of tenant spaces served by the sidewalk.

E. **DOOR MANEUVERING AND CLEARANCE** – The doors and frames, stops and closers and locking hardware for the existing tenant entrances for the four suites currently occupied by Title & Cash, Hair Salon, Boost, and Check Depot will be modified to swing the doors inward or to allow them to be double-acting doors, thus providing the door maneuvering clearances required by Section 404.2.4 [Maneuvering Clearances] of the ADA Standards.

2. Defendant's completion of the enumerated Modifications and Alterations shall not be construed as an admission of liability as to any claims which were asserted, or which could have been asserted, in the Complaint or as to any liability regarding compliance with Title III of the Americans With Disabilities Act, 42 U.S.C. Section 12181, et seq. ("ADA"), and the ADA Accessibility Guidelines, 28 C.F.R. Part 36 ("ADAAG").

3. Upon Defendant's completion of the enumerated Modifications and Alterations, the exterior of and access to the Shopping Center (including the goods, services, facilities, privileges, advantages and/or accommodations available at the Shopping Center) shall be in compliance with the requirements of Title III of the ADA and ADAAG to the extent readily achievable and technically feasible.

4. The Complaint, and all claims asserted (or which could have been asserted) by Plaintiff against Defendant in the Complaint or otherwise relating to the Shopping Center, are hereby dismissed **with prejudice**.

5. The parties are to bear their own costs.

6.     This court retains jurisdiction over this matter for the purposes of handling any motions or other matters relating to the enforcement of the Settlement and this Consent Decree.

DONE and ORDERED this 30th day of July, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE